IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL BROOKS,

    Plaintiff,

v.                                                       CIV 11-655 JCH/GBW

FNU HATCHETT, CORRECTIONAL
MEDICAL SERVICES, FNU FARIS, FNU
PAQUEN, GENERAL HOSPITAL UNION
COUNTY, & FNU WALDEN,

    Defendants.

## AMENDED ORDER

THIS MATTER is before the Court on Defendants' Stipulated Motion to Withdraw. *Doc. 35.* The Court, having reviewed said motion, finds that Defendants do not oppose withdrawal of Corinne L. Hale as counsel of record for the same. *Id.* Moreover, the Court finds that the continued representation of Defendants by Nicole Charlebois, an attorney already appearing for Defendants and employed by the same firm as Ms. Hale, ensures that Defendants will continue to be represented in this matter. Thus, the motion will be granted.

Wherefore, IT IS HEREBY ORDERED that Defendants' Stipulated Motion to Withdraw, (*doc. 35*), is GRANTED. Corinne L. Hale is withdrawn as counsel in this matter.

GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE