IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL BROOKS,

    Plaintiff,

v.                                                                   No. CIV 11-0655 JH/GBW

WARDEN HATCHETT, ET AL,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's post-judgment Motion to Show Cause to Excuse Payments (*doc. 51*). Plaintiff asks the Court to excuse payment of the remaining filing fee that Plaintiff owes. As stated by the Court of Appeals for the Tenth Circuit, "[I]ndigent prisoners need not pay federal court filing fees in full prior to initiating litigation. . . . Ultimately, however, the prisoner shall be required to pay the full amount of a filing fee."). *Cosby v. Meadors*, 351 F.3d 1324, 1326 (10th Cir. 2003). The Court will deny Plaintiff's motion.

The Court also notes that Plaintiff's copies of the final order of dismissal have been returned undelivered, and Plaintiff has filed a notice of change of address.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Show Cause to Excuse Payments (*doc. 51*) is DENIED; and the Clerk is directed to mail copies of Documents 47 and 48 to Plaintiff with a copy of this Order.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE